IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-365-D

| | |
|---|---|
| WILLIAM P. HUNNELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SG OF RALEIGH, LLC, ) | |
| ) | |
| Defendant. ) | |

For the reasons stated in defendant's memorandum of law in support of its motion to dismiss [D.E. 10], the court lacks subject-matter jurisdiction. Thus, the court GRANTS defendant's motion to dismiss [D.E. 9] and DISMISSES WITHOUT PREJUDICE plaintiff's complaint. Plaintiff may pursue his claim in state court.

SO ORDERED. This 9 day of October, 2023.

JAMES C. DEVER III
United States District Judge