UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WILLIAM P. HUNNELL,<br><br>    Plaintiff,<br><br>v.<br><br>SG OF RALEIGH, LLC,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:23-CV-365-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss [D.E. 9] and DISMISSES WITHOUT PREJUDICE plaintiff's complaint.

**This Judgment Filed and Entered on October 10, 2023, and Copies To:**

William P. Hunnell    (via US Mail to 801 Donato Circle, Scotch Plains, NJ 07076)
Christopher J. Derrenbacher  (via CM/ECF electronic notification)


DATE: October 10, 2023       PETER A. MOORE, JR., CLERK

                 (By) /s/ Stephanie Mann
                 Deputy Clerk